B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Marine Services Commercial Diving, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-2532180** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**609 Anita Street**<br>**Chula Vista, CA**<br>ZIP Code **91911** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Marine Services Commercial Diving, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Marine Services Commercial Diving, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Bernard M. Hansen**
Signature of Attorney for Debtor(s)

**Bernard M. Hansen 115751**
Printed Name of Attorney for Debtor(s)

**Law Office of Bernard M. Hansen**
Firm Name

**3465 Camino del Rio South, Suite 250**
**San Diego, CA 92108**

_____
Address

**Email: bernardmhansen@sbcglobal.net**
**619-283-3371  Fax: 619-282-8900**
Telephone Number

**June 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jim Stanton**
Signature of Authorized Individual

**Jim Stanton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 10, 2011**
Date

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF
THE BOARD OF DIRECTORS
OF
MARINE SERVICES COMMERCIAL DIVING, INC.
A California Corporation**

The undersigned, being the sole elected and presently acting Director of MARINE SERVICES COMMERCIAL DIVING, INC, hereby jointly and severally adopt and approve the following actions taken by the Board of Directors without a meeting:

RESOLVED, that the Corporation is authorized to file a Chapter 11 or 7 Bankruptcy Petition.

RESOLVED FURTHER, that the Corporation retain the Law Offices of Bernard Hansen to assist in the filing of the Bankruptcy Petition.

RESOLVED FURTHER, that JAMES STANTON is authorized to execute all such documents on behalf of the corporation.

This consent is executed pursuant to subdivision (b) of Section 307 of the California Corporation Code and is to be filed in the minute book of the Corporation.

Dated: June 8, 2011

_____
JAMES STANTON, Director

Stanton Marine Services Diving BOD MIN 06.11 .Min.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re **Marine Services Commercial Diving, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **269-Praxair Distribution, Inc**<br>**Dept. LA 21511**<br>**Pasadena, CA 91185** | **269-Praxair Distribution, Inc**<br>**Dept. LA 21511**<br>**Pasadena, CA 91185** | | | **2,000.00** |
| **Analytical Chemists, Inc.**<br>**7551 Convoy Court**<br>**San Diego, CA 92111** | **Analytical Chemists, Inc.**<br>**7551 Convoy Court**<br>**San Diego, CA 92111** | | | **2,380.00** |
| **Anita Street**<br>**PO Box 72**<br>**Lakeside, CA 92040** | **Anita Street**<br>**PO Box 72**<br>**Lakeside, CA 92040** | | | **23,327.06** |
| **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | | | **11,214.00** |
| **BLUE SHIELD OF CALIFORNIA**<br>**55331**<br>**Los Angeles, CA 90074** | **BLUE SHIELD OF CALIFORNIA**<br>**55331**<br>**Los Angeles, CA 90074** | | | **7,043.00** |
| **CBIZ MHM LLC**<br>**10616 Scripps Summit Ct # 100**<br>**San Diego, CA 92131** | **CBIZ MHM LLC**<br>**10616 Scripps Summit Ct # 100**<br>**San Diego, CA 92131** | | | **3,418.00** |
| **CompAir Southern California**<br>**PO Box 955573**<br>**Saint Louis, MO 63195** | **CompAir Southern California**<br>**PO Box 955573**<br>**Saint Louis, MO 63195** | | | **3,153.00** |
| **Edison ESI**<br>**7300 Fenwick Lane**<br>**Westminster, CA 92683** | **Edison ESI**<br>**7300 Fenwick Lane**<br>**Westminster, CA 92683** | | | **11,845.00** |
| **Estate of Janet Devine**<br>**c/o Jerome Synold**<br>**5755 Oberlin Drive, Ste. 301**<br>**San Diego, CA 92121** | **Estate of Janet Devine**<br>**c/o Jerome Synold**<br>**5755 Oberlin Drive, Ste. 301**<br>**San Diego, CA 92121** | | | **404,329.00** |
| **Fisher Scientific Co.**<br>**File# 50129**<br>**Los Angeles, CA 90074** | **Fisher Scientific Co.**<br>**File# 50129**<br>**Los Angeles, CA 90074** | | | **92,502.00** |
| **Gamma Tech Industries, Inc.**<br>**3645 Dalbergia St.**<br>**San Diego, CA 92113** | **Gamma Tech Industries, Inc.**<br>**3645 Dalbergia St.**<br>**San Diego, CA 92113** | | | **50,750.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Marine Services Commercial Diving, Inc.**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Haskel International, Inc.**<br>PO Box 120326<br>Dallas, TX 75312 | Haskel International, Inc.<br>PO Box 120326<br>Dallas, TX 75312 | | | 3,073.00 |
| **High Pressure Technologies**<br>26364 Ruether Ave.<br>Santa Clarita, CA 91350 | High Pressure Technologies<br>26364 Ruether Ave.<br>Santa Clarita, CA 91350 | | | 3,609.00 |
| **Inspec Testing, Inc.**<br>1413 Wilson Ave.<br>National City, CA 91950 | Inspec Testing, Inc.<br>1413 Wilson Ave.<br>National City, CA 91950 | | | 33,562.00 |
| **K&R Graphix**<br>3754 Main St., Ste. A<br>San Diego, CA 92113 | K&R Graphix<br>3754 Main St., Ste. A<br>San Diego, CA 92113 | | | 2,000.00 |
| **M & M Febwerx**<br>1550 Frontaqe Rd. #3<br>Chula Vista, CA 91910 | M & M Febwerx<br>1550 Frontaqe Rd. #3<br>Chula Vista, CA 91910 | | | 10,435.00 |
| **SD County Treasurer-Tax Collec**<br>1600 Pacific Highway, Rm. 162<br>San Diego, CA 92101 | SD County Treasurer-Tax Collec<br>1600 Pacific Highway, Rm. 162<br>San Diego, CA 92101 | | | 20,916.00 |
| **Shirvanian & Ass. CPA**<br>921 Yosemite Dr.<br>Chula Vista, CA 91914 | Shirvanian & Ass. CPA<br>921 Yosemite Dr.<br>Chula Vista, CA 91914 | | | 4,000.00 |
| **South Bay Boiler Repair**<br>1224 Roosevelt Ave.<br>National City, CA 91950 | South Bay Boiler Repair<br>1224 Roosevelt Ave.<br>National City, CA 91950 | | | 8,016.00 |
| **Stutz, Artiano, Shinoff APC**<br>2488 Historic Decatur Rd. #200<br>San Diego, CA 92106 | Stutz, Artiano, Shinoff APC<br>2488 Historic Decatur Rd. #200<br>San Diego, CA 92106 | | | 10,955.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 10, 2011**                         Signature  **/s/ Jim Stanton**
                                                                       **Jim Stanton**
                                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

269-Praxair Distribution, Inc
Dept. LA 21511
Pasadena, CA 91185


Advanced Inspection Technology
14020 Eagle View Rd.
Perris, CA 92570


Airgas West
PO Box 7423
Pasadena, CA 91109


Alaskan Copper & Brass Co.
PO Box 749791
Los Angeles, CA 90074


All American First Aid
4653 Carmel Mountin Rd 308-106
San Diego, CA 92130


Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062


Alpine Water Systems
PO Box 94436
Las Vegas, NV 89193


American Rigging & Supply
2380 Main St.
San Diego, CA 92113


Analytical Chemists, Inc.
7551 Convoy Court
San Diego, CA 92111

Anita Street
PO Box 72
Lakeside, CA 92040


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


AT&T Payment Center
Sacramento, CA 95887


AT&T Yellow Pages
P.O. Box 989046
West Sacramento, CA 95798


Bank of America Business Card
PO Box 15710
Wilmington, DE 19886


Barbee Valve & Supply, Inc.
751 Design Court, Ste. B
Chula Vista, CA 91911


Bauer Compressors Inc.
1328 Azalea Garden Road
Norfolk, VA 23502


Bellama
3129 Main St.
Chula Vista, CA 91911


BJ's Rentals
3959 Pacific Highway
San Diego, CA 92110

```
BLUE SHIELD OF CALIFORNIA
55331
Los Angeles, CA 90074



CA Geotechnical Engineers Assn
PO Box 1693
Placerville, CA 95667



Caplugs Niagara
PO Box 104
Buffalo, NY 14240



CBeyond
50326
Los Angeles, CA 90074



CBIZ MHM LLC
10616 Scripps Summit Ct # 100
San Diego, CA 92131



CDC Small Business Finance
2448 Historic Decatur Rd #200
San Diego, CA 92106



CompAir Southern California
PO Box 955573
Saint Louis, MO 63195



Controlled Motion Solutions
911 N. Poinsettia St.
Santa Ana, CA 92701



County of San Diego, APCD
10124 Old Grove Rd.
San Diego, CA 92131
```

County of San Diego, DEH
PO Box 129261
San Diego, CA 92112


Cramer Decker Industries
1641 E. St. Andrew Place
Santa Ana, CA 92705


D.Z. Calibrate
1535 Sun Dial Terrace
El Cajon, CA 92021


Dell Commercial Credit Dept.
PO Box 689020
Des Moines, IA 50368


Edison ESI
7300 Fenwick Lane
Westminster, CA 92683


Estate of Janet Devine
c/o Jerome Synold
5755 Oberlin Drive, Ste. 301
San Diego, CA 92121


Fastenal Company
PO Box 1286
Winona, MN 55987


FedEx
PO Box 371461
Pittsburgh, PA 15250


Fisher Scientific Co.
File# 50129
Los Angeles, CA 90074

Flow Solutions, Inc. 631020
PO Box 24769
Seattle, WA 98124


FLW, Inc.
5672 Bolsa Ave.
Huntington Beach, CA 92649


Frazee Industries, Inc.
Dept. #2510
Los Angeles, CA 90084


Galiso, Inc.
PO Box 146822
Montrose, CO 81401


Gamma Tech Industries, Inc.
3645 Dalbergia St.
San Diego, CA 92113


General Industrial Welding
2490 Main Street, Ste. A
Chula Vista, CA 91911


Global Contact, Inc.
16 West Main St.
Marlton, NJ 08053


Hampton Rubber
PO Box 1393
Hampton, VA 23661


Haskel International, Inc.
PO Box 120326
Dallas, TX 75312

```
High Pressure Technologies
26364 Ruether Ave.
Santa Clarita, CA 91350



Hoke Controls
S. CA Dept. LA 21188
Pasadena, CA 91185



Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901



Howards Computer Service
1187 Tangerine Street
El Cajon, CA 92021



Infinity Insurance Co. #2537
PO Box 2153
Birmingham, AL 35287



Inspec Testing, Inc.
1413 Wilson Ave.
National City, CA 91950



JD Machine Tech
4029 Pacific Highway
San Diego, CA 92110



Jim Stanton
PO Box 72
Lakeside, CA 92040



K&R Graphix
3754 Main St., Ste. A
San Diego, CA 92113
```

Kaman Industrial Tech
File 25356
Los Angeles, CA 90074


Konica Minolta Bus. Sol. USA
File 50252
Los Angeles, CA 90074


Lubrication Technology
Dept. L-3179
Columbus, OH 43260


M & M Febwerx
1550 Frontaqe Rd. #3
Chula Vista, CA 91910


Mark Slade
1621 Woodrun Place
El Cajon, CA 92019


Matheson Tri-Gas
1530 Grand Ave.
San Marcos, CA 92078


McMaster-Carr
PO Box 7690
Chicago, IL 60680


MetroLift Propane
PO Box 20825
El Cajon, CA 92021


Micro Precision Calibration
21331 Adamson Drive
Grass Valley, CA 95949

Neighborhood National Bank
Loan Dept.
PO Box 420
National City, CA 91951


O-Rings
PO Box 65675
Los Angeles, CA 90065


Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368


Packaging Aids Corp.
25 Tiburon St.
San Rafael, CA 94901


Pelican Products, Inc.
Dept. 8867
Los Angeles, CA 90084


Potenza Transport D'Ambrosio
461 Skymaster Dr. Bldg 650
Travis AFB, CA 94535


Recycle & Reuse Industries, In
PO Box 504
Mansfield, TX 76063


San Diego Seal, Inc.
7635 Ronson Rd.
San Diego, CA 92111


Savillex
6133 Baker Rd.
Minnetonka, MN 55345

```
SD County Treasurer-Tax Collec
1600 Pacific Highway, Rm. 162
San Diego, CA 92101


SDG & E
PO Box 25111
Santa Ana, CA 92799


Shirvanian & Ass. CPA
921 Yosemite Dr.
Chula Vista, CA 91914


Siemens Industry, Inc.
PO Box 360766
Pittsburgh, PA 15250


SimplexGrinnel Dept. CH
10320 Palatine
Palatine, IL 60055


South Bay Boiler Repair
1224 Roosevelt Ave.
National City, CA 91950


Sparkletts
PO Box 660579
Dallas, TX 75266


Stanley Convergent Security
Dept Ch 10651
Palatine, IL 60055


Stutz, Artiano, Shinoff APC
2488 Historic Decatur Rd. #200
San Diego, CA 92106
```

Suncraft International
3288 Main St.
Chula Vista, CA 91911


TASC
PO Box 7098
Madison, WI 53707


Transcat, Inc.
23698 Network Place
Chicago, IL 60673


UPS Freight
28013 Nerwork Place
Chicago, IL 60673


Vesco Metal Craft
2425 Fenton St.
Chula Vista, CA 91914


WestAir Gases & Equipment
PO Box 131902
San Diego, CA 92170


Westflex Industrial, Inc.
325 West 30th St.
National City, CA 91950


YRC
PO Box 100129
Pasadena, CA 91189